Matter of O'Brien v Haynes (2023 NY Slip Op 04912)

Matter of O'Brien v Haynes

2023 NY Slip Op 04912

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023

PRESENT: WHALEN, P.J., LINDLEY, CURRAN, BANNISTER, AND GREENWOOD, JJ. (Filed Sept. 29, 2023.) 

MOTION NO. (438/23) CA 22-01471.

[*1]IN THE MATTER OF MARK O'BRIEN, LCSW-R, DIRECTOR OF COMMUNITY SERVICES FOR THE COUNTY OF ERIE, PETITIONER-RESPONDENT, 
v
BRENDA HAYNES, RESPONDENT-APPELLANT.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.